# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

*10:42 am, 7/13/16*

**Stephan Harris**
**Clerk of Court**

GEORGE JAMES

                              Plaintiff,

vs.                                Case Number: 16-CV-144-S

MACHOL & JOHANNES, LLC, et al.    Interpreter Needed: No

                            Defendant.    Setting or Resetting:  Setting

Type of Case:

## CIVIL

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

| Place: | Before: |
|---|---|
| Joseph C. O'Mahoney Federal Center<br>2120 Capitol Avenue<br>Cheyenne, WY 82001-3657<br>Judge Rankin's Chambers | Kelly H. Rankin, Chief United States Magistrate Judge |
| | Date and Time: |
| | August 25, 2016 at 8:30 a.m. |

Type of Proceeding:

### INITIAL PRETRIAL CONFERENCE

All parties may appear by telephone, with Plaintiff's counsel initiating the call, through a conference call operator, and connecting to the Court at 307/433-2180. Parties are advised to have their calendars on hand to assist with scheduling.

                                              Stephan Harris
                                              Clerk of Court

Dated this 13th day of July, 2016.           Zachary Fisher
                                              Deputy Clerk

TO:

Counsel of Record

Court Reporter