

# United States District Court

## For The District of Wyoming

GEORGE JAMES,

      Plaintiff,

vs.

MACHOL & JOHANNES, LLC, and JANAE RUPPERT, individually,

      Defendants.

Civil No. 16-CV-144-S

**ORDER RULING ON PLAINTIFF'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND REQUEST FOR PRODUCTION [DOC. 11]**

This matter is before the Court on Plaintiff's Motion to Compel Answers to Interrogatories and Request for Production [Doc. 11].  The Court, having carefully considered the Motion, Response, and Reply, and being fully advised in the premises, FINDS:

This case is before the Court on Plaintiff's action alleging violations of the Fair Debt Collection Practices Act.  On February 16, 2016, Defendants sent Plaintiff a notice he owed a consumer debt.  On March 7, 2016, Plaintiff sent Defendants a letter informing them he refused to pay the debt.  On May 5, 2016, Defendants sent Plaintiff a letter advising him they would seek default judgment from the court.  Plaintiff alleges Defendants failure to cease communications after receiving a refusal to pay letter violates the Fair Debt Collection Practices Act.  Plaintiff seeks statutory and actual damages, along with attorney's fees and costs.

Plaintiff served Defendants with Requests for Production and Interrogatories on August 29, 2016. Defendants responded on September 30, 2016, and objected to Interrogatory No. 3 and Request for Production No. 4. Interrogatory No. 3 and Request for Production No. 4 seek information related to other claims, previous litigation, previous arbitration, and other demand letters. Plaintiff filed the instant Motion requesting the Court compel Defendants to comply with the discovery requests. In Response, Defendants argue Interrogatory No. 3 and Request for Production No. 4 are overbroad and seek irrelevant information since the issue in this case is extremely narrow. Defendants go on to state that, without waiving any objections, they will supplement their responses to Interrogatory No. 3 and Request for Production No. 4 with documents relevant and discoverable in this case.

The Court will deny Plaintiff's Motion without prejudice given Defendants assertion they will supplement their responses. Any concerns or issues remaining after the supplemental disclosure can be addressed at that point.

THEREFORE, IT IS ORDERED Plaintiff's Motion to Compel Answers to Interrogatories and Request for Production [Doc. 11] is DENIED, without prejudice.

IT IS FURTHER ORDRED Defendants produce supplemental responses to Interrogatory No. 3 and Request for Production No. 4 on or before December 9, 2016.

Dated this 30th day of November, 2016.

_____
Kelly H. Rankin
United States Magistrate Judge