Henry F. Bailey, Jr. #5-1681
Ronald J. Lopez, #7-4697
Bailey | Stock | Harmon | Cottam LLP
P.O. Box 1557
Cheyenne, WY 82003-1557
(307) 638-7745
(307) 638-7749

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| GEORGE JAMES, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 16-CV-144-S |
| MACHOL & JOHANNES, LLC and JANAE RUPPERT, Individually, | ) |
| Defendants. | ) |

## DEFENDANTS' REQUEST FOR ATTORNEYS' FEES

Defendants Machol & Johannes, LLC, and Janae Ruppert, by and through their counsel of Bailey | Stock | Harmon | Cottam LLP, hereby respectfully request that this Court grant Defendants' attorneys' fees in the amount of $7,506.75, not including costs. Defendants rely on the Court's *Order Granting Motion for Summary Judgment* which found that "Defendants are further entitled to an award of attorney's fees and costs." The Court's *Order* requires Defendants to provide a request for a specified amount of attorney's fees, supported by detailed and contemporaneous time records, affidavits and other evidence…" Accordingly, attached hereto and incorporated herein by reference, Defendants submit the Affidavit of Ronald Jay Lopez and the invoices for the attorneys' fees Defendants' incurred in this matter.

WHEREFORE, Defendants respectfully request this Court award them their attorneys' fees in the amount of $7,506.75.

Dated this 14th day of March, 2017.

                                  **BAILEY | STOCK | HARMON | COTTAM LLP**

                                  */s/ Ronald J. Lopez*
                                  Henry F. Bailey, Jr. #5-1681
                                  Ronald J. Lopez, #7-4697
                                  221 East 21st Street
                                  P.O. Box 1557
                                  Cheyenne, WY  82003
                                  307-638-7745

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of March, 2017, I mailed a copy of the foregoing ***Defendants' Request for Attorneys' Fees*** to the following:

George James
3422 Cribbon Avenue
Cheyenne, WY 82001

                                  */s/ Ronald J. Lopez*
                                  Ronald J. Lopez